# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL VILLANUEVA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HUTTIG BUILDING PRODUCTS, INC., a Corporation; and DOES 1 to 50, inclusive<br><br>　　　　　　Defendants. | CASE NO. 5:21-cv-01624 CJC-SHK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice, with all rights of appeal waived, and with each party to bear his and its own costs and attorneys' fees. The Court VACATES all dates and deadlines and the Clerk of the Court shall close the case.

　　IT IS SO ORDERED.

November 15, 2021

_____
Honorable Cormac J. Carney
United States District Court Judge